IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEBASTIAN E. YOUNG,**

    Petitioner,

v.

                                                     Case No.: 3:11cv251/MCR/EMT

**KENNETH S. TUCKER,**

    Respondent.

_____/

### ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 20, 2012 (doc. 25).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 15) is **GRANTED**.

    3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

    4.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 8th day of May, 2012.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**